UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO **00-6157** CR-ZLOCH

18 U.S.C. § 2252A(a)(5)(B)   **MAGISTRATE JUDGE**
18 U.S.C. § 2                **SELTZER**

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
vs.                         )
                            )
WILLIAM R. DIAS,            )
                            )
            Defendant.      )
_____)

### INDICTMENT

The Grand Jury charges that:

From at least as early as on or about January 27, 1999, through on or about April 4, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

WILLIAM R. DIAS,

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct.



All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

A TRUE BILL:

_Leonard Roth_
FOREPERSON

_Aileen Olsen for_
GUY A. LEWIS
UNITED STATES ATTORNEY

_Kathleen Rice_
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| WILLIAM R. DIAS | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s) \_\_\_\_ Yes \_\_\_\_ No
Number of New Defendants \_\_\_\_
Total number of counts \_\_\_\_

\_\_\_ Miami   \_\_\_\_ Key West
_X_ FTL     \_\_\_\_ WPB  \_\_\_\_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   \_\_\_NO\_\_\_
   List language and/or dialect

4. This case will take    _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (check only one)                     (Check only one)

| I   | 0 to 5 days     | _X_ | Petty   |     |
| II  | 6 to 10 days    |     | Minor   |     |
| III | 11 to 20 days   |     | Misdem. |     |
| IV  | 21 to 60 days   |     | Felony  | _X_ |
| V   | 61 days and over|     |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   _____NO_____
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____   District of

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _
   _ Yes _X_ No    If yes, was it pending in the Central Region?  _ Yes __ No

   *[signature: Kathleen Rice]*
   KATHLEEN RICE
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 100765

*Penalty Sheet(s) attached                                                                                 REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name WILLIAM R. DIAS          Case No. _____

===================================    ==========================================

Count #: 1

POSSESSION OF CHILD PORNOGRAPHY

18 U.S.C. § 2252A(a)(5)(B)

**Max. Penalty:**      5 YEARS' IMPRISONMENT; $250,000 FINE

===========================================================================

Count #:



**Max. Penalty:**
===========================================================================
Count #.



**Max. Penalty:**
===========================================================================

Count #:



**Max. Penalty:**
===========================================================================

Count #:



**Max. Penalty:**
===========================================================================


===========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.