# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM R. DIAS

## WARRANT FOR ARREST

CASE NUMBER: **00-6157**

**CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM R. DIAS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title __18__ United States Code. Section(s) __2252A(a)(5)(B) and 2__

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Jenny Butler
Issuing Officer

6/08/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 Corporate surety bond with Nebbia by __MAGISTRATE JUDGE__
BARRY S. SELTZER
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

