**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6157 CR Zlock

UNITED STATES OF AMERICA,   :

v.   :   **NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
:   **OF RECORD**

William Dias   :

COMES NOW _Thomas C. Garvo_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6/29/00

Attorney _Thomas C. Garvo_
Address _400 Executive Center Dr. Suite 201_
City _W.P.B._ State _FL_ Zip _33401_
Telephone _(561) 687-8776_
Florida Bar No. _375365_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

(stamp: JUN 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.)

3