# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: WILLIAM DIAS (surrender) | CASE NO: 00-6157-CR-ZLOCH |
| AUSA: KATHLEEN RICE  *pres* | ATTY: Tom Gano  *perm* |
| AGENT: | VIOL: 18:2252A(s)(5)(B) |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: 100,000 CSB w/NEBBIA |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: 25,000 CSB / 150,000 PSB | To be cosigned by: |

FILED by /AC D.C. JUN 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD

- ☐ Do not violate any law.
- ☐ Appear in court as directed.  *advised of charges*
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

- ☐ Curfew: _____
- ☑ No contact w/ children except own
- ☐ Travel extended to: _____
- ☑ Refrain from use of internet except for work
- ☐ Halfway House

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-14 | 11 | BSS | |

DATE: 6/29/00  TIME: 11:00  FTL/LSS TAPE # 00 - 037  Begin: 154  End: 320

LM/6