## United States District Court

SOUTHERN DISTRICT OF FLORIDA    482143

UNITED STATES OF AMERICA

V.

WILLIAM R. DIAS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6157**

**CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

YOU ARE HEREBY COMMANDED to arrest __WILLIAM R. DIAS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title __18__ United States Code, Section(s) __2252A(a)(5)(B) and 2__

RECEIVED 2000 JUN -8 PM 4:06 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE UNITED STATES MARSHAL

__Clarence Maddox__         Court Administrator/Clerk of the Court
Name of Issuing Officer     Title of Issuing Officer

_Jenny Butler_
Issuing Officer             6/08/00 at Fort Lauderdale, Florida
                            Date and Location

Bail fixed at $ __100,000 Corporate Surety__ by __BARRY S. SELTZER MAGISTRATE JUDGE__
bond with Nebbia   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at
Surrender to USMS Ft. Lauderdale, FL

| DATE RECEIVED 6/8/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/29/00 | FOR: FBI | James Walker, ASDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest