UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CR-ZLOCH

UNITED STATES OF AMERICA

vs

WILLIAM DIAS

ARRAIGNMENT INFORMATION SHEET

FILED by JUN 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 29, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM__

                   Telephone:_____

DEFENSE COUNSEL:   Name:____TOM GANO, ESQ.____

                   Address:_____

                   Telephone:_____

BOND SET:          $____25,000 CSB AND 150,000 PSB____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __29TH__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
    Deputy Clerk

Tape No. __00-037__

cc: Copy for Judge
    U. S. Attorney