**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6157-CR-ZLOCH**

UNITED STATES OF AMERICA,

vs.

WILLIAM DIAS,

_____/



FILED by _____ D.C.

JUL 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION FOR ADDITIONAL TIME
## IN WHICH TO FILE PRE-TRIAL MOTIONS

Defendant, William Dias, by and through his undersigned attorney, files this Motion for Additional Time in which to file Pre-Trial Motions and in support thereof, states the following:

1. On or about June 29, 2000, Defendant self-surrendered and appeared in Court answering to an Indictment charging him in one count with a violation of 18 U.S.C. § 2252A (a) (5) (B) and one count of U.S.C. § 2.

2. The Defendant pled not guilty and the Standing Discovery Order was entered.

3. The Defendant has received the response from the government to the Standing Discovery Order. Additionally, the undersigned has reviewed additional documentation in the possession of the Federal Bureau of Investigation. The undersigned has also been advised that an additional report is in the process of being completed with regards to information allegedly obtained from the Defendant's computer.

4. The undersigned needs additional time in which to obtain that report and complete his review of the information obtained to date in order to determine what, if any, pre-trial motions need to be filed on the Defendant's behalf. The



undersigned requests that he be permitted an additional twenty (20) days from the date that the motions are presently due.

5. The undersigned has spoken with Assistant United States Attorney Kathleen Rice, who has no objection to the granting of this extension.

WHEREFORE, the undersigned respectfully requests the Court grant this Motion and Order that all pre-trial motions be filed on or before August 16, 2000.

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney Kathleen Rice, 500 East Broward Boulevard, 7th floor, Ft. Lauderdale, Florida 33394 this _14th_ day of July, 2000.

Respectfully submitted,

**THOMAS C. GANO, P.A.**
400 Executive Center Drive
Suite 201- Executive Center Plaza
West Palm Beach, Florida 33401
Telephone: (561) 687-8776
Facsimile: (561) 686-4567
Attorney for Defendant

THOMAS C. GANO, ESQUIRE
Florida Bar #375365