UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6157-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

WILLIAM DIAS,

_____/

### ORDER GRANTING MOTION FOR ADDITIONAL TIME
### IN WHICH TO FILE PRE-TRIAL MOTIONS

THIS CAUSE came before the Court upon Defendant, WILLIAM DIAS's Motion for Additional Time in which to file Pre-Trial Motions, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is **GRANTED** in part.

Defendant shall have until the August 11, 2000 __? date__ will to file all pretrial motions.

DONE AND ORDERED at Fort Pierce, Florida, this 17th day of July, 2000.

_____
U.S. MAGISTRATE JUDGE

Copies furnished:

Thomas C. Gano, Esq., 400 Executive Center Drive, Suite 201, West Palm Beach, FL 33401
Kathleen Rice, Asst. U.S. Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394