**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6157-CR-ZLOCH**

UNITED STATES OF AMERICA,

vs.

WILLIAM DIAS,

_____/

## MOTION FOR CONTINUANCE

Defendant, William Dias, by and through his undersigned attorney, files this Motion for Continuance of the trial presently scheduled for August 14, 2000. In support thereof, states the following:

1. On or about June 29, 2000, Defendant self-surrendered and appeared in Court answering to an Indictment charging him in one count with a violation of 18 U.S.C. § 2252A (a) (5) (B) and one count of U.S.C. § 2.

2. The undersigned is in need of additional time in which to prepare this case for trial.

3. The undersigned has met the case agent on two occasions and has reviewed the materials which were collected during the course of the investigation in this case.

4. Counsel for Defendant has been advised that at least one additional report regarding the content of the computers seized by the agents in this case will be forthcoming. It is imperative that the undersigned has sufficient time to review this report once it is received and compare it to the evidence collected by the agents in this case. After reviewing the report, it is extremely likely that the undersigned will need to retain the services of an expert regarding computers. After reviewing the report it is also probable that the undersigned will need to file



pretrial motions. The Court has previously granted the undersigned's request for additional time in which to file pretrial motions. All pretrial motions are due on or before August 11, 2000.

5. Further, the undersigned has requested in accordance with Rule 16 (a)(1)(E) information regarding the experts the government intends to use at trial. To date that information has not been provided.

6. Additionally, the undersigned has prepaid vacation plans to the Bahamas the week prior to trial and would ask the Court to continue the case so that the undersigned would not have to be in trial immediately after returning from vacation.

7. The undersigned has spoken with Assistant United States Attorney Kathleen Rice, who has no objection to the Court granting the Motion for Continuance.

8. This motion is made in good faith and not for purposes of unnecessary delay.

9. Neither party will be prejudiced by the granting of this motion.

WHEREFORE, the undersigned respectfully requests the Court grant this Motion and reset the trial in this cause.

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney Kathleen Rice, 500 East Broward Boulevard, 7th floor, Ft. Lauderdale, Florida 33394 this 24th day of July, 2000.

Respectfully submitted,

**THOMAS C. GANO, P.A.**
400 Executive Center Drive
Suite 201- Executive Center Plaza
West Palm Beach, Florida 33401
Telephone: (561) 687-8776
Facsimile: (561) 686-4567

THOMAS C. GANO, ESQUIRE
Florida Bar #375365