UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA )
)
v. )
)
WILLIAM R. DIAS, )
)
Defendant. )
_____ )

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, William R. Dias, was arraigned on the indictment on June 29, 2000. Therefore, the speedy trial clock was triggered on that date.

3. On July 24, 2000, the defendant filed an unopposed motion for continuance of trial. This motion remains pending before the Court. The United States submits that the date from the filing of the motion through the date of the disposition of said motion are excludable pursuant to Title 18,



United States Code, Section 3161(h)(1).

Based upon the foregoing, the United States submits that the speedy trial clock is presently tolled with twenty-four days of non-excludable time having elapsed, and forty-six days remaining.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3512
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 9th day of August, 2000, to: Thomas C. Gano, Esquire, 400 Executive Center Drive, Suite 201, Executive Center Plaza, West Palm Beach, Florida 33401.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY