UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6157-CR-Zloch   DATE 8-11-00
CLERK Cecilne Newby   REPORTER Carl Schanzkel
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. William Dias

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Denise for Gano

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted - all time excludable

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2-3 days Band

19