```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 00-6157-CR-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.　　　　　　　　　　　　　　ORDER GRANTING CONTINUANCE
                            AND RESETTING TRIAL

WILLIAM R. DIAS,

    Defendant.

_____/

    THIS MATTER is before the Court for Calendar Call on August 11, 2000 and upon the Defendant, William R. Dias', Motion For Continuance, bearing Certificate of Service dated July 24, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter.  The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, William R. Dias', Motion For Continuance be and the same is hereby **GRANTED**.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of August 14, 2000 and is hereby reset for the two-week trial calendar commencing



on Tuesday, September 26, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, September 25, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, July 24, 2000, through and including September 26, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of August, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Kathleen B. Rice, Esq., AUSA

Thomas C. Gano, Esq.
For Defendant Dias