**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6157-CR-ZLOCH**

UNITED STATES OF AMERICA,          MAGISTRATE JUDGE SELTZER

vs.

WILLIAM DIAS,

_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant, William Dias, by and through his undersigned attorney, files this Unopposed

Motion for Permission to Travel.   In support thereof, states the following:

1.        On or about June 29, 2000, Defendant self-surrendered and appeared in Court

answering to an Indictment charging him in one count with a violation of 18 U.S.C. § 2252A (a) (5)

(B) and U.S.C. § 2. He was released on bond after his initial appearance.

2.        The Defendant seeks permission to travel to the Sarasota area to visit his family from

August 24, 2000 to August 27, 2000.  The Defendant will be staying with his parents, William and

Margaret Dias, who reside at 2485 10th Street, Anglewood, Florida 34224.  The residence telephone

number is (941) 475-5253.  The Defendant is traveling by car and will be returning to his home in

the evening hours of August 27, 2000.

3.        The undersigned has spoken with Assistant United States Attorney Kathleen Rice,

who has no objection to the Court granting the Motion for Permission to Travel.

4.        All other conditions of Defendant's pretrial release will remain in full force and

effect.

WHEREFORE, the undersigned respectfully requests the Court grant this Unopposed Motion

for Permission to Travel.

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to Assistant United States Attorney Kathleen Rice, 500 East Broward Boulevard, 7th floor,

Ft. Lauderdale, Florida 33394 this _____ day of August, 2000.

Respectfully submitted,

**THOMAS C. GANO, P.A.**
400 Executive Center Drive
Suite 201- Executive Center Plaza
West Palm Beach, Florida 33401
Telephone: (561) 687-8776
Facsimile: (561) 686-4567

THOMAS C. GANO, ESQUIRE
Florida Bar #375365