**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6157-CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA,

vs.

WILLIAM DIAS,

_____/

### ORDER GRANTING UNOPPOSED
### MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came before the Court upon Defendant, WILLIAM DIAS's Motion for Permission to Travel, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Defendant hereby has permission to travel to Anglewood, Florida on August 24, 2000 and return to his home in Coral Springs on August 27, 2000. The Defendant shall stay with his parents, William and Margaret Dias, 2485 10th Street, Anglewood, Florida 34224. The telephone number at this residence is (941) 475-5253.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of Aug, 2000.

MAGISTRATE JUDGE
BARRY SELTZER

Copies furnished:

Thomas C. Gano, Esq., 400 Executive Center Drive, Suite 201, West Palm Beach, FL 33401
Kathleen Rice, Asst. U.S. Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394