

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6157-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

WILLIAM R. DIAS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          September 22, 2000, at 9:00 AM

**CALENDAR CALL - RESET  BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: August 15, 2000

cc:
Kathleen Rice, Esq., AUSA
Thomas C. Gano, Esq.