UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6157-CR-ZLOCH

FILED by _____ D.C.
AUG 28 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

WILLIAM R. DIAS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
September 27, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Kathleen Rice, Esq., AUSA
Thomas C. Gano, Esq.