UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
SEP 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6157-CR-Zloch  DATE 9-28-00
CLERK Carlene Newbey  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. William R. Dias

U.S. ATTORNEY Kathleen Rice  DEFT COUNSEL Thomas Garro

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea + adjudged deft guilty to Count 1

CASE CONTINUED TO 12-8-00  TIME 11:30  FOR Sentencing

MISC Written Plea Agreement

26