PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. WILLIAM DIAS                                    Docket No. 00-6157-CR-ZLOCH

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant WILLIAM DIAS, who was placed under pretrial release supervision by the Honorable LURANA S. SNOW, sitting in the Court at FT. LAUD, on JUNE 29, 2000, under the following conditions:

Report to PTS as directed, have no contact with minor children except his own, no internet use except through employment.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On or about 10/2/00, the defendant admitted marijuana use 9/30/00 and 10/1/00.

PRAYING THAT THE COURT WILL ORDER: That the defendant participate in drug testing and/or treatment as deemed appropriate by Pretrial Services.

ORDER OF COURT                              Respectfully,

Considered and ordered this 13th day
of OCTOBER, 2000 and ordered filed
and made a part of the records in the above
case.

_____            James T. Jamros
Hon. William J. Zloch                      U.S. Pretrial Services Officer
Chief U.S. District Judge

                                           Place: Ft. Laud., FL.

                                           Date: October 11, 2000

29