**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6157-CR-ZLOCH**

UNITED STATES OF AMERICA,    MAGISTRATE JUDGE SELTZER

vs.

WILLIAM DIAS,

_____/



## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant, William Dias, by and through his undersigned attorney, files this Unopposed

Motion for Permission to Travel. In support thereof, states the following:

1.      On or about June 29, 2000, Defendant self-surrendered and appeared in Court

answering to an Indictment charging him in one count with a violation of 18 U.S.C. § 2252A (a) (5)

(B) and U.S.C. § 2. He was released on bond after his initial appearance.

2.      The Defendant seeks permission to travel to Tampa, Florida to visit a commercial

nursery for the purpose of purchasing trees for his business at 6:00 a.m. on Monday, October 23,

2000. The Defendant will be staying at the Marriot hotel located on Route 75 in West Tampa. The

Defendant is traveling by car and will be returning to his home in the evening hours of October 24,

2000.

3.      The undersigned has spoken with Assistant United States Attorney Kathleen Rice.

who has no objection to this motion.

4.      The undersigned has spoken with James T. Jamros, United States Pretrial Services

officer, who has no objection to this motion.

5.      All other conditions of Defendant's pretrial release will remain in full force and

effect.

6.   The Defendant has previously been granted permission to travel, has complied with all conditions and returned without incident.

WHEREFORE, the undersigned respectfully requests the Court grant this Unopposed Motion for Permission to Travel.

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney Kathleen Rice, 500 East Broward Boulevard, 7th floor, Ft. Lauderdale, Florida 33394 and to James T. Jamros, United States Pretrial Services, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301 this __17th__ day of October, 2000.

Respectfully submitted,

**THOMAS C. GANO, P.A.**
400 Executive Center Drive
Suite 201- Executive Center Plaza
West Palm Beach, Florida 33401
Telephone: (561) 687-8776
Facsimile: (561) 686-4567

THOMAS C. GANO, ESQUIRE
Florida Bar #375365