UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6157-CR-ZLOCH

FILED _____ D.C.
OCT 18 2000

UNITED STATES OF AMERICA

    Plaintiff

        V.

WILLIAM DIAS

    Defendant

O R D E R

THIS MATTER is before the Court upon the Unopposed Motion For Permission to Travel (filed October 18, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The defendant shall be allowed to travel to Tampa, Florida on Monday, October 23, 2000 and return on October 24, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
Thomas Gano, Esq.
Pretrial Services