UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6157-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

vs.

WILLIAM DIAS,

_____/

### ORDER GRANTING UNOPPOSED
### MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came before the Court upon Defendant, WILLIAM DIAS's Unopposed Motion for Permission to Travel, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Defendant hereby has permission to travel to Tampa, Florida on October 23, 2000 and return to his home in Coral Springs on October 24, 2000. The Defendant shall stay at the Marriott in West Tampa.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of Oct, 2000.

MAGISTRATE JUDGE
BARRY SELTZER

Copies furnished:

Thomas C. Gano, Esq , 400 Executive Center Drive, Suite 201, West Palm Beach, FL 33401
Kathleen Rice, Asst. U.S. Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394
James T. Jamros, U.S. Pretrial Services, 299 East Broward Blvd., Ft. Lauderdale, FL 33301