FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

DEC 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6157-CR-Zloch   DATE 12-8-00

CLERK Carline Newby   REPORTER Carl Schanzlee

PROBATION Frank Smith   INTERPRETER _____

UNITED STATES OF AMERICA v. William R. Dias

U.S. ATTORNEY Kathleen Rice   DEFT COUNSEL Thomas Cano

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for downward departure (unopposed by gov't) granted - Ct 1 - 5 yrs Reporting Probation - Spec Cond - Participate in Home Confinement Program

JUDGMENT for 180 days - Participate in mental health/drug abuse Program - No unsupervised contact with persons under the age of 18 - (Former wife shall notify Probation if she approves contact w/ children)

CASE CONTINUED TO in writing   TIME ___ FOR anyone under 18 yrs.

MISC (See J&C for further spec conds)
$100 assessment

Not be employed in any career w/ ch. 18 yrs

35