RECEIVED & FILED IN OPEN COURT
ON 1-25-02
Ft. Laud, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA )
)
v. )
)
MICHAEL CHESTER BROWN, )
)
Defendant. )
_____)

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Special Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Michael Chester Brown, was arraigned on the indictment on October 26, 2001. Therefore, the speedy trial clock was triggered on that date.

3. On November 26, 2001, the defendant served a Motion for Continuance, tolling the speedy trial clock.



4. On or about November 30, 2001, this Court entered an order granting the defense motion for continuance and stated in the order that "the delay from the date of this continuance, November 28, 2001, through and including January 28, 2002, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(1)(I)."

Based upon the foregoing, the United States submits that thirty-two (32) days of non-excludable time has elapsed, and thirty-eight (38) days remain.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JOANNE THALER
SPECIAL ASSISTANT U.S. ATTORNEY
Florida Bar No. 0063045
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255
Facsimile: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered this 25th day of January, 2002, to: Junior Farquharson, Esquire, 5546 West Oakland Park Blvd., Suite 220, Lauderhill, Florida 33313.

_____
JOANNE THALER
SPECIAL ASSISTANT U.S. ATTORNEY

2