PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64478

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00CR06157-01</u>

## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: William R. Dias  
Name of Sentencing Judicial Officer: The Honorable William J. Zloch

Date of Original Sentence: December 8, 2000

Original Offense: 18:2252A(a)(5)(b) Possession of child pornography

Original Sentence: Five years probation

Type of Supervision: Probation          Date Supervision Commenced: December 8, 2000

FILED by ___ D.C.  
JUN 27 2002  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition,** by possessing and using a computer with access to an on-line computer service at his employment, without the prior written approval of the U.S. Probation Officer. On June 13, 2002 at his business, Mr. Dias admitted to authorizing and possessing a computer with access to the internet, without the prior written approval of his US Probation Officer. |

U.S. Probation Officer Action:

On June 14, 2002 Mr. Dias was visited by U.S. Probation at his place of business. It was determined that Mr. Dias had authorized the activation of internet services without prior approval from U.S. Probation. It was also found that a number of adult pornographic internet sites had been viewed earlier that day and on June 13, 2002. Mr. Dias denied any personal internet use, and reported that an employee named Larry Brown had been working at the computer earlier that day. Larry Brown was immediately contacted and subsequently, Mr. Brown admitted to using and viewing internet adult pornographic sites on the above dates. Mr. Brown denied any knowledge of Mr. Dias using the internet or viewing any pornographic material. Mr. Dias then admitted he had authorized the on-line service to help his employees research business related information and nothing more. U.S. Probation believes that Mr. Dias did not utilize the internet to view adult pornography.

PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64478

Mr Dias has subsequently removed the on-line service from his office, and recognizes he is responsible for instructing his employees on appropriate behavior, while working at his place of business. A letter of reprimand will be sent to Mr. Dias regarding this incident and the probation office respectively recommends that no further action be taken at this time.

Respectfully submitted,

by

Heath Schur  
U.S. Probation Officer  
Phone: 561-999-4812  
Date: June 21, 2002

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

6/27/02  
Date